IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSH RICE, | ) | CASE NO.: 1:18 CV 1100 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OPINION |
| NORTHEAST OHIO REGIONAL SEWER DISTRICT, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Strike Ronald Kurilich's Untimely Consent Form to Join in Collective Action Under 29 U.S.C. § 216(B). (ECF #27) Here, Mr. Kurilich filed an unsigned consent more than 3 months after the agreed and Court approved opt-in deadline. Defendant asserts that it has already collected time records and payroll data for the Officers who timely opted in and has provided that information to Plaintiff's counsel, and thus will be prejudiced if the Court permits people to dribble in consent forms long after the close of the opt-in period. Plaintiff offers no explanation for the late filing, much less a "good cause" for the untimeliness of Mr. Kurilich's consent form other than its belief that judicial economy supports permitting Mr. Kurilich to join this lawsuit. However, multiple late consents act to delay the lawsuit and do not promote judicial economy. Accordingly, Defendant's Motion to Strike Mr. Kurilich's Consent Form is granted.

IT IS SO ORDERED.

DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: June 4, 2019